IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BLUE CANOE, INC.                                                    PLAINTIFF

v.                                         CIVIL ACTION NO. 1:20-cv-00134-GHD-DAS

WESTERN WORLD INSURANCE COMPANY;
and JOHN DOES I-III                                       DEFENDANTS

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's motion to remand this case to state court [5] is GRANTED;

(2) this cause is hereby REMANDED to the County Court of Lee County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the 22nd day of February, 2021.

                                                   _____
                                                   SENIOR U.S. DISTRICT JUDGE